THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Lisa Kyser
_____,
           Plaintiff(s)

vs.

Javitch Block, LLC, et. al.
_____
           Defendant(s)

Case No. __16-cv-1164__
District Judge: __Edward A. Sargus__
Magistrate Judge: __Elizabeth Preston Deavers__

RULE 26(f) REPORT OF PARTIES
(to be filed no fewer than seven (7)
days prior to the Rule 16 Conference)

1. Pursuant to Fed.R.Civ.P. 26(f), a meeting was held on __01/23/2017__ and was attended by:

   __Emily White_____, counsel for plaintiff(s) _____

   _____, counsel for plaintiff(s) _____

   __Lori Brown_____, counsel for defendant(s) __Reimer_____

   __Kevin Hartman_____, counsel for defendant(s) __Javitch Block_____

2. **Consent to Magistrate Judge**. The parties:

   [x] unanimously consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. §636(c).

   [ ] do not unanimously consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. §636(c).

3. **Initial Disclosures**. The parties:

   [ ] have exchanged the initial disclosures required by Rule 26(a)(1);

   [x] will exchange such disclosures by __02/23/2017__

   [ ] are exempt from such disclosures under Rule 26(a)(1)(E).

   [ ] have agreed not to make initial disclosures.

4. **Jurisdiction and Venue**

   a.  Describe any contested issues relating to: (1) subject matter jurisdiction, (2) personal jurisdiction and/or (3) venue:

   n/a

    b.    Describe the discovery, if any, that will be necessary to the resolution of issues relating to jurisdiction and venue:

  n/a

    c.    Recommended date for filing motions addressing jurisdiction and/or venue:

   n/a
_____

5. **Amendments to Pleading and/or Joinder of Parties**

    a.    Recommended date for filing motion/stipulation to amend the pleadings or to add additional parties:  \_\_n/a_____

    b.    If class action, recommended date for filing motion to certify the class:  n/a_____

6. **Recommended Discovery Plan**

    a.    Describe the **subjects** on which discovery is to be sought and the nature and extent of discovery that each party will need:

The parties anticipate serving written discovery requests as to the allegations in the complaint as well as the Defendants answers & affirmative defenses. Plaintiff may depose the 30(B) representatives of Defendants and Defendant may depose the Plaintiff as well as other persons with knowledge identified in discovery regarding allegations & claims in the complaint and the Defendants' defenses to same.

    b.    What **changes** should be made, if any, in the limitations on discovery imposed by the Federal Rules of Civil Procedure or the local rules of this Court?

  n/a

    c.    The case presents the following issues relating to disclosure or discovery of **electronically stored information**, including the form or forms in which it should be produced:

  No issues are anticipated with regard to ESI

2

    d.    The case presents the following issues relating to claims of **privilege or of protection as trial preparation materials:**

Defendants allege privilege and work-product protection. The parties will work in an attempt to resolve these issues informally. They may seek a protective order.

        i.    Have the parties agreed on a procedure to assert such claims **AFTER** production?

- ( ) No
- (x) Yes
- ( ) Yes, and the parties ask that the Court include their agreement in an Order.

    e.    Identify the discovery, if any, that can be **deferred** pending settlement discussion and/or resolution of potentially dispositive motions:

n/a

    f.    The parties recommend that discovery should proceed in **phases**, as follows:

n/a

    g.    Describe the areas in which **expert testimony** is expected and indicate whether each expert will be specially retained within the meaning of Fed.R.Civ.P. 26(a)(2):

The parties do not anticipate utilizing experts at this time

        i.    Recommended date for making **primary expert designations**:

        n/a

        ii.    Recommended date for making **rebuttal expert designations**:

        n/a

    h.    Recommended discovery **completion date**: 09/01/2017

7. **Dispositive Motion**(s)

    a. Recommended date for filing dispositive motions: __10/01/2017__

8. **Settlement Discussions**

    a. Has a settlement demand been made? __yes__ A response? __settlement discussions are ongoing__

    b. Date by which a settlement demand can be made: _____

    c. Date by which a response can be made: _____

9. **Settlement Week Referral**

    The earliest Settlement Week referral reasonably likely to be productive is the

    ( ) March 20____     Settlement Week

    ( ) June 20____     Settlement Week

    (X) September 20____     Settlement Week

    ( ) December 20____     Settlement Week

10. **Other matters for the attention of the Court:**

**Signatures:**

Attorney(s) for Plaintiff(s):

/s/ Emily White
Ohio Bar# __0085662__
Trial Attorney for __Plaintiff__

/s/ Marc E. Dann
Ohio Bar# __0039425__
Trial Attorney for __Plaintiff__

Ohio Bar# _____
Trial Attorney for _____

Ohio Bar# _____
Trial Attorney for _____

Attorney(s) for Defendant(s):

/s/ Lori Brown
Ohio Bar# __0071480__
Trial Attorney for __Defendant Reimer__

/s/ Kevin Hartman
Ohio Bar# __0090738__
Trial Attorney for __Defendant Javitch__

Ohio Bar# _____
Trial Attorney for _____

Ohio Bar# _____
Trial Attorney for _____